UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

*******************************************************

| | |
|---|---|
| BARRY and KIMBERLY BARRON for themselves, on behalf of D.B. and N.B., their minor children, and other parents and children so similarly situated, JOEL and DEANNE CURRAN for themselves, on behalf of J.C. and A.C., their minor children, and other parents and children so similarly situated, LEO WILLEY and JENNIFER DANS-WILLEY for themselves, on behalf of S.W. and T.W., their minor children, and other parents and children so similarly situated, CINDY SPARKS for herself, on behalf of K.S., her minor child, and other parents and children so similarly situated, TIMOTHY and TERESA NOLD for themselves, on behalf of I.N., their minor child, and other parents and children so similarly situated, <br><br>    Plaintiffs, <br>vs. <br><br>THE STATE OF SOUTH DAKOTA, SOUTH DAKOTA BOARD OF REGENTS, DR. ROBERT "TAD" PERRY in his individual capacity as former Director for the South Dakota Board of Regents, and DR. JACK WARNER in his individual capacity as Director for the South Dakota Board of Regents, <br><br>    Defendants. | CIV. 09-4111 <br><br><br><br>JUDGMENT |

*******************************************************

In accordance with the Memorandum Opinion and Order issued on today's date,

FILED SEP 3 0 2010 CLERK

IT IS ORDERED that judgment is entered against Plaintiffs and in favor of Defendants on all causes of action.

Dated this 30th day of September, 2010.

BY THE COURT:

Lawrence L. Piersol
Unites States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
(SEAL)       DEPUTY